# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ZACHARY DEESE-LAURENT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION NO. 17CV10867 |
| REAL LIQUIDITY, INC., KEVIN GUY AND STANLEY SPRENGER, | ) | |
| | ) | |
| , Defendants. | ) | |

## DEFENDANTS REAL LIQUIDITY, INC. AND KEVIN GUY'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, OR, IN THE ALTERNATIVE, FOR FAILURE TO STATE A CLAIM

Defendants Real Liquidity, Inc. and Kevin Guy, individually, (together "Defendants"[1]), pursuant to Fed. R. Civ. P. 12(b)(2), hereby move to dismiss the above-captioned action brought by Plaintiff Zachary Deese-Laurent for lack of personal jurisdiction.  Plaintiff fails to set forth sufficient minimum contacts with Massachusetts to support personal jurisdiction over the Defendants in this matter.  Moreover, and aside from the lack of personal jurisdiction, Plaintiff fails to state a claim, pursuant to Fed. R. Civ. P. 12(b)(6), against Defendants either at common law or pursuant to G.L. c. 149, § 148, G.L. c. 151 §§ 1A and 1B, or G.L. c. 93A.  Accordingly, Plaintiff's Amended Complaint must be dismissed.  In support of their instant Motion to Dismiss, Defendants submit their Memorandum of Law stating points and authorities filed contemporaneously herewith.

---

[1] The third Defendant named in this action, Mr. Stanley Sprenger, has not been served in this action as of the time of this writing and is therefore not joined in this motion to dismiss.

For the foregoing reasons, Defendants respectfully request that the Court grant the instant Motion to Dismiss and dismiss the Plaintiff's First Amended Complaint for lack of personal jurisdiction, or alternatively for failure to state a claim upon which relief may be granted, and grant any and all other relief deemed just.

                Respectfully submitted,

                **DEFENDANTS REAL LIQUIDITY, INC. AND KEVIN GUY,**

                By their attorneys,

                */s/ Francis G. Gleason, Jr.*
                Francis G. Gleason, Jr.
                BBO #632143
                GLEASON & GLEASON, P.C.
                245 Winter Street
                Ashland, MA  01721
                Tel:  508-881-2955
                Fax:  508-881-4904
                fgleason@gleasonlawfirm.net

Dated:  May 31, 2017

**Local Rule 7.1(a)(2) Certification**

I, Francis G. Gleason, Jr., Esquire, hereby certify that on May 31, 2017, I telephoned the Counsel for Plaintiff in an effort to confer in good faith to resolve or narrow the issues presented by this motion and left him a voicemail explaining that I intended to file a motion to dismiss the complaint for lack of personal jurisdiction or for failure to state claims.  Counsel responded and requested a copy of the motion and memorandum before I filed it which I provided.  Counsel indicated in his email that based on my voicemail he anticipated Plaintiff would oppose the motion.

/s/ *Francis G. Gleason, Jr.*

**CERTIFICATE OF SERVICE**

I, Francis G. Gleason, Jr., Esquire, hereby certify that on May 31, 2017 this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to any non-registered participants.

/s/ *Francis G. Gleason, Jr.*